IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NAGENDRA KUMAR NAKKA,** **NITHEESHA NAKKA, SRINIVAS THODUPUNURI, RAVI VATHSAL THODUPUNURI, RAJESHWAR ADDAGATLA, VISHAL ADDAGATLA, SATYA VENU BATTULA, SANDEEP BATTULA, SIVA PEDDADA, PAVANI PEDDADA, VENKATA PEDDADA, MIRIAM EDWARDS-BUDZADZIJA, ABIGAIL EDWARDS,** individually and on behalf of all others similarly situated, <br><br>             Plaintiffs, <br><br>     v. <br><br> **U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and U.S. DEPARTMENT OF STATE**, <br><br>             Defendants. | Case No. 3:19-cv-2099-YY <br><br> **JUDGMENT** |

Based on the Opinion of the Ninth Circuit Court of Appeals,

**IT IS ADJUDGED** that this case is DISMISSED without prejudice for lack of jurisdiction.

DATED this 1st day of October, 2024.

_____
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT